IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOSE CARRILLO,<br>    Plaintiff, | § | |
| V. | § | CIVIL ACTION NO. 4:19-cv-2007 |
| TERRA TEX COMMERCIAL GROUNDS<br>MAINTENANCE, INC.,<br>    Defendant. | §  | JURY DEMANDED |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Jose Carrillo ("Plaintiff"), and Defendant, Terra Tex Commercial Grounds Maintenance, Inc. ("Defendant"), jointly submit the following stipulation of dismissal with prejudice, under Federal Rule of Civil Procedure 41(a)(1)(A)(ii):

1. Plaintiff sued Defendant for employment law claims, which the parties have since resolved.

2. Plaintiff and Defendant seek the dismissal of this case in its entirety.

3. This case is not a class action.

4. A receiver has not been appointed.

5. This case is not governed by any federal statute that would require court order for dismissal.

6. Plaintiff has not dismissed an action based on or including the same claims as those presented in this case.

7. The dismissal sought herein is with prejudice.

Respectfully submitted,

| | |
|---|---|
| **THE BUENKER LAW FIRM** | **MISHOE MILLER LAW, PLLC** |
| */s/ Josef F. Buenker* | */s/ Michelle Mishoe Miller* |
| Josef F. Buenker | Michelle Mishoe Miller |
| Texas Bar No. 03316860 | State Bar No. 24044991 |
| jbuenker@buenkerlaw.com | Fed. Bar No. 997007 |
| 2060 North Loop West, Suite 215 | michelle.miller@mishoemillerlaw.com |
| Houston, Texas 77018 | 4309 Yoakum Blvd. |
| 713-868-3388 Telephone | Houston, Texas 77006 |
| 713-683-9940 Facsimile | 713-409-2719 Telephone |
| | 832-550-2073 Facsimile |
| **COUNSEL FOR PLAINTIFF JOSE CARRILLO** | **ATTORNEY-IN-CHARGE FOR DEFENDANT TERRA TEX COMMERCIAL GROUNDS MAINTENANCE, INC.** |