IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOSE CARRILLO,<br>　　　Plaintiff, | § | |
| V. | § | CIVIL ACTION NO. 4:19-cv-2007 |
| TERRA TEX COMMERCIAL GROUNDS<br>MAINTENANCE, INC.,<br>　　　Defendant. | § | JURY DEMANDED |

## ORDER OF DISMISSAL

This case is hereby DISMISSED WITH PREJUDICE.

Each party shall bear its own fees and costs.

It is SO ORDERED.

Signed in Houston, Texas on _____.


_____
THE HON. PETER BRAY
UNITED STATES DISTRICT JUDGE